with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott and Dowling, JJ.

Mary B. Hughes, Respondent, v. Brown-Weiss Realties, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

A. Pardi Tile Company, Respondent, v. Abraham J. Goldstein and Others, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Michael Espert, Respondent, v. Eugene F. Perry, as Attorney, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Niagara Radiator and Boiler Company, Respondent, v. Abraham J. Goldstein and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Henry Prince, Respondent, v. Ely J. Rieser, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leon Silverstein, Appellant, v. Louis K. Fisher and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leon Silverstein, Appellant, v. Louis K. Fisher and Another, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William D. Stratton, Respondent, v. Edmund K. Stallo, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Geno Mantani, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. William J. Dougherty, Relator, v. Rhinelander. Waldo, as Police Commissioner, etc., Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Charles Fraser and Another, as Executors, etc., of John C. Latham, Deceased. Charles Fraser, Individually, as Executor, etc., Appellant; Elsie G. Latham, Respondent.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Edward A. Joyner, Appellant, v. Ella L. Pulsifer and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.